IN THE CIRCUIT COURT OF THE 19TH
JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.:

ANDREA CADLE

            Plaintiffs,

vs.

WAL-MART STORES EAST, LP,
A foreign corporation

            Defendants.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, ANDREA CADLE, by and through undersigned counsel, files this lawsuit against the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

1. This is an action for damages in excess of $30,000.00.

2. At all times material hereto, Plaintiff is a resident and citizen of St. Lucie County, Florida, is over the age of eighteen (18) years and is otherwise sui juris.

3. At all times material hereto, Defendant, WAL-MART STORES EAST, LP (referred to herein as is a foreign corporation, duly authorized to do and doing business in the State of Florida.

4. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, owned, controlled, possessed, and maintained the property located at 1675 St. Lucie W. Blvd, Port St. Lucie, Fl. 34986.

5. At all times material hereto, Plaintiff, ANDREA CADLE, was rightfully on the premises as a business invitee.

Exhibit A

6. At all times material hereto, Defendant, WAL-MART STORES EAST, LP, had a duty to use reasonable care to protect the Plaintiff, ANDREA CADLE from dangerous conditions existing on said premises of which they knew, or should have known.

7. On or about the 3RD day of November, 2019, the Defendant, WAL-MART STORES EAST, LPand/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in one or more of the following particulars:

   (a) Creating and/or permitting a dangerous and unsafe condition, to-wit:failing to maintain the floor and keep it clear of debris.
   (b) Failing to maintain the floor.
   (c) Otherwise, owning, maintaining, possessing, or controlling said floor in a dangerous, hazardous and unsafe condition;
   (d) Failing to have proper procedure to identify such dangerous, hazardous and unsafe conditions;
   (e) Failing to inspect the premises for hazardous conditions;
   (f) Failing to adequately warn of said dangerous hazardous and unsafe conditions in the area of the floor; andns to be determined through discovery.

8. At all times material hereto, the Defendant, WAL-MART STORES EAST, LP knew or should have known of the existence of said dangerous, hazardous, or unsafe condition of said floor area.

9. As a proximate result of the negligence, the Plaintiff, ANDREA CADLE was injured when she slipped & fell on the debris that flew under the shelf after the fall.

10. As a direct and proximate result of the aforementioned negligence of Defendant, WAL-MART STORES EAST, LP the Plaintiff, ANDREA CADLE was injured in and about her body and extremities, suffered pain and mental anguish therefrom, loss of capacity for the enjoyment of life, was required to and did receive medical care, treatment, and related expenses as a result of her injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or

continuing in their nature, that his/her working ability was impaired and she suffered a resultant loss of earnings and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant herein.

**WHEREFORE**, the Plaintiff, ANDREA CADLE, demands judgment against the Defendant, WAL-MART STORES EAST, LP herein and a trial by jury of all issues triable in this cause.

DATED this 10th day of February, 2021.

# LEEDER LAW

Attorneys for Plaintiff
8551 West Sunrise Blvd. | Ste. 202
Plantation, FL 33322
Telephone (954) 734-2382
Pleadings@leederlaw.com

By:/s/ *Collins S. DelPercio*

**THOMAS H. LEEDER, ESQ.**
FBN: 746401
**COLLINS S. DELPERCIO, ESQ.**
FBN: 1014971